# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 30, 2012

142630

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

JESSE RUFFIN, by his Guardian
MARGARET RUFFIN,
            Plaintiff-Appellant,

and

ELAINE RUFFIN,
            Plaintiff,

and

WILLIAM BEAUMONT HOSPITAL
and PATRICK WIATER, M.D., P.C.
            Intervening Plaintiffs-Appellees,

and

BEVERLY HILLS ORTHOPAEDIC,
            Intervening Plaintiff,

v

AUTO CLUB INSURANCE COMPANY,
            Defendant.
_____/

SC:   142630
COA: 292687
Wayne CC:  07-701216-NF

By order of June 28, 2011, the application for leave to appeal the November 18, 2010 judgment of the Court of Appeals was held in abeyance pending the decision in *Miller v Citizens Ins Co* (Docket No. 141747). On order of the Court, the case having been decided on October 9, 2011, 490 Mich 904 (2011), the application is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

HATHAWAY, J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 30, 2012

Clerk

h0123